USAO#2020R00401/SPB

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

FILED
APR 14 2022
AT 8:00 3:35 P M
WILLIAM T. WALSH
CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | HON. PETER G. SHERIDAN |
| | : | |
| | : | Criminal No. 22-289 |
| v. | : | |
| | : | 18 U.S.C. § 2251(a) |
| | : | 18 U.S.C. §§ 2252A(a)(2)(A) and (b)(1) |
| CHRISTIAN IMPORTUNA | : | 18 U.S.C. § 2252A(a)(3)(B) |
| | : | 18 U.S.C. § 2252A(a)(5) |
| | : | 18 U.S.C. § 2 |

INDICTMENT

The Grand Jury in and for the District of New Jersey, sitting at Newark, charges:

COUNT 1

(Production of Child Pornography)

From in or around May 2019 through in or around March 2020, in Monmouth County, in the District New Jersey, and elsewhere, the defendant,

CHRISTIAN IMPORTUNA,

did employ, use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct knowing and having reason to know that such visual depiction would be transported and transmitted using any means or facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and that visual depiction having been produced and transmitted using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and such visual depiction having actually been transported

and transmitted using any means and facility of interstate commerce and in and affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Section 2251(a) and Section 2.

## COUNT 2

(Distribution of Child Pornography)

On or about March 24, 2020, in Monmouth County, in the District of New Jersey, and elsewhere, the defendant,

CHRISTIAN IMPORTUNA,

did knowingly distribute child pornography, as defined in Title 18, United States Code, Section 2256(8), which had been mailed, and, using any means and facility of interstate and foreign commerce, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2252A(a)(2)(A) and (b)(1), and Section 2.

## COUNT 3

(Solicitation of Child Pornography)

On or about March 24, 2020, in Monmouth County, in the District of New Jersey and elsewhere, the defendant,

CHRISTIAN IMPORTUNA,

did knowingly solicit, and did attempt to solicit, using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, any material and purported material in a manner that reflected the belief, and that was intended to cause another to believe, that the material and purported material was, and contained, an obscene visual depiction of a minor engaging in sexually explicit conduct and a visual depiction of an actual minor engaging in sexually explicit conduct.

In violation of Title 18, United States Code, Sections 2252A(a)(3)(B) and (b)(1), and Section 2.

## COUNT 4

(Possession of Prepubescent Child Pornography)

On or about March 26, 2020, in Monmouth County, in the District of New Jersey and elsewhere, the defendant,

## CHRISTIAN IMPORTUNA,

did knowingly possess and attempt to possess, a book, magazine, periodical, film, videotape, computer disk, and other material that contained images and videos of child pornography involving a prepubescent minor and a minor who had not attained 12 years of age, that had been mailed, shipped and transported using a means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and that was produced using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2), and Section 2.

## FORFEITURE ALLEGATION

1. The United States hereby gives notice that upon the conviction of the defendant CHRISTIAN IMPORTUNA of the offenses in violation of 18 U.S.C. § 2252A charged in Counts 1 through 4 of this Indictment, the United States will seek forfeiture, in accordance with 18 U.S.C. § 2253, of all right, title and interest of the defendant in the following:

    (a) any visual depiction described in 18 U.S.C. §§ 2251, 2251A, 2252, 2252A, 2252B, or 2260, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of 18 U.S.C. Part I, Chapter 110;

    (b) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offenses charged in Counts 1 through 4 of this Indictment, and all property traceable to such property; and

    (c) any property, real or personal, used or intended to be used to commit or to promote the commission of such offense, and all property traceable to such property.

2. The property subject to forfeiture includes, but is not limited to, the following property seized from the defendant's residence on or about March 26, 2020:

    (a) One blue and white blanket;

(b) One iPhone with a yellow back and gray cover inscribed "moving underground";

(c) One Microsoft X-Box;

(d) One black Samsung cellular phone with silver trim; and

(e) One white iPhone with a silver back and pop-socket inscribed "people ready".

## Substitute Assets Provision

3. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third person;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be subdivided without difficulty.

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 2253, to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

*Philip R. Sellinger*
PHILIP R. SELLINGER
United States Attorney

A TRUE BILL


FOREPERSON

7

CASE NUMBER: 22-289

# United States District Court
# District of New Jersey

**UNITED STATES OF AMERICA**

**v.**

**CHRISTIAN IMPORTUNA**

## INDICTMENT FOR
18 U.S.C. § 2251(a)
18 U.S.C. § 2252A(a)(2)(A)
18 U.S.C. § 2252A(a)(3)(B)
18 U.S.C. § 2252A(a)(5)

A True Bill,



F

**PHILIP R. SELLINGER**
UNITED STATES ATTORNEY
NEWARK, NEW JERSEY

SHAWN P. BARNES
ASSISTANT U.S. ATTORNEY
NEWARK, NEW JERSEY
973-645-2700